UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC CALL, an individual and resident of Anne Arundel County, 204 Gray Fox Court, Edgewater, MD 21037 | No. 1:20-cv-3304-DKC |
| CHRISTOPHER MEHL, an individual and resident of Calvert County, 12390 Silver Rock Circle, Lusby, MD 20657; | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
| KYLE HARRISON, an individual and resident of Calvert County, 2859 Dalrymple Road, Sunderland, MD 20689; | |
| FIREARMS POLICY COALITION, INC., 1215 K Street, 17th Floor, Sacramento, CA 95814; | |
| SECOND AMENDMENT FOUNDATION, 12500 N.E. 10th Place, Bellevue, WA, 98005; | |
| MARYLAND SHALL ISSUE, INC., a resident of Baltimore County, 9613 Harford Road, Suite C #1015, Baltimore, MD 21234-2150; and | |
| CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, Liberty Park, 12500 N.E. 10th Place, Bellevue, WA 98005, | |
| Plaintiffs, | |
| v. | |
| WOODROW JONES III, in his official capacity as Secretary of State Police, Department of State Police, 1201 Reisterstown Road, Pikesville, Baltimore County, MD 21208; and | |

|  |  |
|---|---|
| BRIAN FROSH, in his official capacity as<br>Attorney General of Maryland,<br>200 St. Paul Place,<br>Baltimore, Baltimore County, MD 21202,<br><br>         Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: |