IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC CALL et al., | : <br> : <br> : <br> : <br> : <br> : |
| *Plaintiffs*, | |
| v. | :      No. 1:20-cv-3304-DKC |
| WOODROW JONES III et al., | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| *Defendants*. | |

**DECLARATION OF TIERNAN B. KANE IN SUPPORT OF PLAINTIFFS'**

**MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

1. I am an attorney at the law firm Cooper & Kirk, PLLC.

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. The attached Exhibit A is the Application Information page of the Handgun Permit application, available online, after setting up an account, at the Maryland State Police Licensing Portal. Exhibit A is a true and authentic copy of a page from the Maryland State Police Licensing Portal. Exhibit A was downloaded as a .PNG file and immediately saved, without any alteration or change, as a .PDF file at 2:04 p.m. EDT on December 16, 2020.

4. The attached Exhibit B is the Instructions for Handgun Permit in the Licensing Portal,

1

linked to the Handgun Permit application, which is available online, after setting up an account, at the Maryland State Police Licensing Portal. Exhibit B is a true and authentic copy of a page from the Maryland State Police Licensing Portal. Exhibit B was downloaded as a .PDF file at 12:03 p.m. EDT on December 15, 2020.

5. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 21, 2020.

 /s/  Tiernan B. Kane
Tiernan B. Kane

# EXHIBIT A

**Maryland State Police Licensing Portal**

SAVE & EXIT APPLICATION | APPLICATION INSTRUCTIONS | LOG OUT

Applicant Information › **Application Information** › Questionna... › Employmen... › Domestic Relationship... › References › Documents › Summary › Signature

## Handgun Permit Category

Please select the Category(ies) most applicable to your current application.

- ☐ **Owner or Employee of a Business** - Submit photocopies of a Trader's License, Business License, or other legal document to prove the existence of the business or organization.

- ☐ **Federal Employees or Contractors** - Who possess an active "Top Secret" or higher security clearance.

- ☐ **Assumed Risk Positions** - Correctional Officers, Judges, State's Attorney, Assistant State's Attorney, and Elected Officials.

- ☐ **Active or Former Law Enforcement** - Law Enforcement (Active, Retired, or Resigned in good standing from a recognized law enforcement agency)

- ☐ **Private Detective / Security Guard / Special or Railroad Police / Armored Car Driver or Guard** - All applicants who are employed as Private Detectives, Security Guards, Special Police, and Railroad Police, must submit a certification of qualification with a handgun from a Maryland State Police Certified Handgun Instructor on an MSP form. A copy of the form letter supporting "good and substantial reasons," ownership of weapon, and location where the weapon will be maintained is also required. (This form can be obtained from your employer).

- ☐ **Personal Protection / Category Not Listed Above** - There must be documented evidence of recent threats, robberies, and/or assaults, supported by official police reports or notarized statements from witnesses.

**Documentation may not be redacted, with the exception of personal identifiers of customers or other third parties. Additional documentation may be required to complete your investigation.**

## Fee Exemption

You may be exempt from the application fee if you are:

- ☐ A Maryland State, county or municipal public safety employee who is required to carry, wear, or transport a handgun as a condition of governmental employment; or

- ☐ A retired law enforcement officer of the State of Maryland or a county or municipal corporation of the State of Maryland.

As specified under Maryland Public Safety Article 5-304 (d)(1)(2), a Maryland State, county, or municipal public safety employee who is required to carry, wear, or transport a handgun as a condition of governmental employment; OR a retired law enforcement officer of the State of Maryland or a county or municipal corporation of the State of Maryland.

## Application Type

Please select one.

○ Original ($75.00)   ○ Renewal ($50.00)   ○ Subsequent ($50.00)   ○ Replacement ($10.00)   ○ Modification ($10.00)

BACK | **NEXT**

All required fields have not been filled out.

# EXHIBIT B

# Instructions for Handgun Permit in the Licensing Portal

**GENERAL INFORMATION**

Please review ALL application instructions before completing your application.

The Handgun Permit application must be completed in strict accordance with the instructions provided here. Follow all instructions and take note of any error messages, as many sections of the application are required for the user to accurately complete the application. Applications submitted via the Licensing Portal that are missing information or supporting documentation, or that contain incorrect information, will be returned to the applicant.

All items required for application submission, including the photo, fingerprint receipt number, and any supporting documentation for the application, must be submitted electronically. The application process will prompt you at the correct time to attach your items. Formats accepted as attachments include Word, Excel, PDF, GIF and JPG.

Please be aware that processing a properly completed application may take up to 90 business days to investigate.

**PHOTO**

The required photograph must be a 2" x 2" head and shoulder passport type photograph with a white background, full face, no hat, no dark glasses.

Photographs must have been taken within the preceding 30 days.

Computer generated photographs are acceptable.

**FINGERPRINTS**

Original Handgun Permit applications require FBI and CJIS fingerprint submissions. Renewal Handgun Permit applications **do not** require **any** fingerprint submissions. Fingerprints must be submitted by way of an Electronic Fingerprint Processing Center authorized by the Maryland Department of Public Safety and Correctional Services. Out of state residents applying for a Handgun Permit must submit electronic fingerprints from a Maryland State Police approved electronic fingerprint processing center. For Electronic Fingerprint Processing Center locations please visit http://www.dpscs.state.md.us/publicservs/fingerprint.shtml.

You will need to provide the Livescan Receipt Number (the PCN) in the field provided on the application.

**APPLICATION FEE**

As of October 1, 2019, application fees must be mailed to the Maryland State Police, Licensing Division, in the form of a business check, personal check, money order, or cashier's check.

**The following information must be on the check, or we will not be able to apply payment to the correct application and your application will not be processed:**
- The applicant's first name
- The applicant's last name
- The applicable Handgun Permit application number

The mailing address is:
Maryland State Police
Licensing Division
1111 Reisterstown Rd.
Pikesville, MD  21208

Application fees required by the Maryland State Police per statute:
- Original - $75.00
- Subsequent - $50.00
- Renewal - $ 50.00
- Retired Maryland Police - $0

**REQUIRED DOCUMENTS BY APPLICATION CATEGORY**

Depending on the category of Handgun Permit application submitted, additional documents are required:

1. <u>Owner or Employee of a Business</u>
   Submit a scanned copy of the Traders License or Business License, and if the purpose of the permit is for:

   (a) *Making deposits*: Photocopies of six (6) random deposit slips for the business showing the deposits within a year of the application submission date or a letter from the bank attesting that your business has a monetary flow;
   (b) *Cash Flow*: Photocopies of ten (10) receipts showing purchases for supplies and/or payments received for services; or
   (c) *Requesting a permit for one of your employees, or if you are an employee and you have permission from your employer to obtain a permit*: A letter from your employer on the business stationery, explaining in detail why you need to carry a handgun as part of your duties.

2. <u>Professional Activities</u>
   Doctors, pharmacies, etcetera, must submit:

   (a)  evidence of legitimacy of business activity, and
   (b)  valid certification or license

   Additional requirements may apply.

3. <u>Correctional Officers</u>
    Must submit:

    (a)  verification of employment, and
    (b)  documentation of threats and/or assaults

4. <u>Former Police Officer</u>
    If you have resigned or retired, you must show:

    (a)   written evidence of your tenure in law enforcement, such as a letter from your agency, and
    (b)  a letter from your agency indicating you left in good standing.

    Additional requirements may apply.

5. <u>Private Detective/Security Guard/Special Police & Railroad Police</u>
    Applicants who are employed as Private Detectives, Security Guards, Special Police, and Railroad Police must submit:
    (a)  certification of qualification with a handgun from a Maryland State Police Certified Handgun Instructor on the official MSP form, and
    (b)  a copy of the official form letter supporting your "good and substantial reasons," and
    (c)  ownership of weapon, and location where the weapon will be maintained is also required
        This form can be obtained from your employer.

6. <u>Personal Protection</u>
    Individuals applying for the reason of personal protection must submit:

    (a)  documented evidence of recent threats, robberies, and/or assaults, supported by official police reports or signed statements from witnesses