# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC CALL *et al.*, | ) |
|          *Plaintiffs*, | ) |
| v. | ) Civil Action No. 20-3304-DKC |
| WOODROW JONES, III *et al.*, | ) |
|          *Defendants*. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Eric Call, Christopher Mehl, Kyle Harrison, Firearms Policy Coalition, Inc., Second Amendment Foundation, Maryland Shall Issue, Inc., and Citizens Committee for the Right to Keep and Bear Arms hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order dismissing Plaintiffs' complaint and closing the case, Doc. No. 25, entered on March 19, 2021. A copy of the Order is attached hereto as Exhibit A.

Dated: March 26, 2021                              Respectfully submitted,

Raymond M. DiGuiseppe*                             s/ Nicole J. Moss
law.rmd@gmail.com                                  Nicole J. Moss, Bar No. 20222
The DiGuiseppe Law Firm, P.C.                      *Attorney of Record*
4320 Southport-Supply Road, Suite 300              David H. Thompson*
Southport, North Carolina 28461                    Peter A. Patterson*
Phone: 910-713-8804                                John D. Ohlendorf*
Fax: 910-672-7705                                  COOPER & KIRK, PLLC
                                                   1523 New Hampshire Avenue, N.W.
Adam Kraut, Esq.*                                  Washington, D.C. 20036
Firearms Policy Coalition                          (202) 220-9600
1215 K Street, 17th Floor                          (202) 220-9601 (fax)
Sacramento, CA 95814                               nmoss@cooperkirk.com
P: (916) 476-2342
F: (215) 525-4437                                  *Appearing pro hac vice*
akraut@fpclaw.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

Dated: March 26, 2021

s/ Nicole J. Moss
Nicole J. Moss

*Attorney for Plaintiffs*