# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC CALL et al., | : |
| *Plaintiffs*, | : |
| v. | : Civil Action No. 1:20-cv-3304-DKC |
| WOODROW JONES III et al., | : |
| *Defendants*. | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

Attorney Adam Kraut respectfully provides notice of withdrawal from representing the Plaintiffs in this matter. Nicole J. Moss, David H. Thompson, Peter A. Patterson, John D. Ohlendorf, and Raymond M. DiGuiseppe, who are listed on the docket in this matter, remain counsel of record for the Plaintiffs.

Dated: August 16, 2022

Respectfully submitted,

s/Nicole J. Moss
Nicole J. Moss, Bar No. 20222
  *Attorney of Record*
Cooper & Kirk PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
nmoss@cooperkirk.com
*Attorney for Plaintiffs*

/s/ Adam Kraut
Adam Kraut
CIVIL RIGHTS DEFENSE FIRM, P.C.
646 Lenape Road
Bechtelsville, PA 19505
Phone: (610) 329-9142
Email: akraut@civilrightsdefensefirm.com
Admitted *Pro Hac Vice*
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

| | |
|---|---|
| Dated: August 16, 2022 | s/ Nicole J. Moss <br> Nicole J. Moss |
| | *Attorney for Plaintiffs* |