```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

ERIC CALL, an individual and        :
resident of Anne Arundel County,
et al.                              :

    v.                              :    Civil Action No. DKC 20-3304

                                                                  :

WOODROW JONES, III, in his
official capacity as Secretary      :
of State Police, et al.

**ORDER**

The United States Court of Appeals for the Fourth Circuit vacated the judgment of this court and remanded the case with instructions to dismiss it as moot. Accordingly, it is this 8th day of September, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The complaint BE, and the same hereby IS, DISMISSED as moot; and

2. The Clerk will transmit copies of this Order to counsel for the parties.

                                                         /s/
                                       DEBORAH K. CHASANOW
                                       United States District Judge